IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CT-3283-D

JONATHAN CHRISHON HANEY, )
)
Plaintiff, )
)
v. ) **ORDER**
)
OFFICER COWAN, et al., )
)
Defendants. )

On October 5, 2020, defendant Johnson was served with the complaint by certified mail [D.E. 18]. On October 6, 2020, defendants Wheeler and Letchworth were served with the complaint by certified mail [D.E. 16, 17]. On November 24, 2020, the clerk directed plaintiff to proceed after defendants Johnson, Wheeler, and Letchworth failed to answer the complaint [D.E. 21]. On the same date, the North Carolina Attorney General moved for an extension of time to answer on behalf of defendants Johnson, Wheeler, and Letchworth [D.E. 22], and to deem the motion for extension of time to answer timely filed [D.E. 24]. The Attorney General seeks to consolidate the responsive pleading deadline with that of defendants Cowan and Green, and states he has not yet had an opportunity to determine whether he should represent defendants Johnson, Wheeler, and Letchworth under the Defense of State Employees Act ("DSEA"), N.C.G.S. § 143-300.3 et seq. See [D.E. 22] 2-3.

The court has considered defendants' motions under the governing standard. See Fed. R. Civ. P. 6(b)(1)(B); Bredell v. Kempthorne, 290 F. App'x 564, 565 (4th Cir. 2008) (per curiam) (unpublished); Thompson v. E.I. DuPont de Nemours & Co., 76 F.3d 530, 534 (4th Cir. 1996); Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship, 507 U.S. 380, 395 (1993). The court

GRANTS defendants' motions for an extension of time to file an answer [D.E. 22], and to deem the motion for extension of time to answer timely filed [D.E. 24]. Defendants Johnson, Wheeler, and Letchworth have up to and including January 27, 2021, to answer or otherwise respond to plaintiff's complaint.

SO ORDERED. This 4 day of December 2020.

JAMES C. DEVER III
United States District Judge